# IN THE U.S. DISTRICT COURT FOR NORTHERN ILLINOIS EASTERN DISTRICT
## DIRKSEN FEDERAL COURTHOUSE, CHICAGO ILLINOIS

Timothy L. Hoeller, M.S., Pro-Se  )
    PLAINTIFF    )  11cv4219
            )  JUDGE LEINENWEBER
    vs      )  MAG. JUDGE NOLAN
            )
Ladas & Parry LLP, Patent Office, Chicago; )
NSIP LAW, Washington, DC; *et al*  )  **RECEIVED**
    DEFENDANTS   )
            )  JUN 2 1 2011

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

## COMPLAINT - SUMMARY

The patent attorneys supporting the mobile phone industry have devised a scheme to incur fraud, under so-called *reverse* patent application development which is not properly regulated, complacent government offices contributing to waste, and lacking appropriate leadership. In the development of a U.S. Provisional Patent Application, various issues include non-responsiveness of all stakeholders, constructive fraud in patent filings with pre-releases posted online, accuracy and generic-term usage in trademark registrations, first person filing rights over originator as so-called inventor rights, confusion of U.S. and International law, extrinsic fraud in non-restriction of domain top level names / profit taking from elimination of entity type, extinguishibility upon patent termination of rights, and automatic rights of "inventor" publicity. The Copyrights Act of 1976, and Digital Millenium Acts, as amended apply. Microsoft Corporation, Apple, Inc and the Internation Corporation for Assigned Names and Numbers are accused of fraud, collusion, and Anti-trust or coincidental behavior.

# DQR - SUPPLIER QUALITY MANAGEMENT

Issues of "…Mobile Telecommunications…" - Development of constructive fraud in patent filings with pre-releases posted online, accuracy and generic-term usage in trademark registrations, first person filing rights over originator as so-called inventor rights, confusion of U.S. and International law, extrinsic fraud in non-restriction of domain top level names / profit taking from elimination of entity type, extinguishibility upon patent termination of rights, and automatic rights of "inventor" publicity.

LAW OFFICES FOUND IN SEARCH BY FILING OF PATENT TITLED: "….Mobile Phone…." AND DEFENDANTS

<u>LAW OFFICE A:</u>
NSIP LAW
1156 15th Street NW Suite 603
Washington, D.C. 20005 USA
Re: Representing the following:
Inventors: **Woo; Sang-Sung** (Seoul, **KR**), **Hyun; Sang-Min** (Seoul, **KR**), **Im; Jung-Hyeok** (Sungnam-si, **KR**)
Assignee: **Samsung Electronics Co., Ltd. (KR)**
Appl. No.: **D/359,694**
Filed: **April 14, 2010**

Inventors: **Suk; Chang-Hoon** (Seoul, **KR**), **Kim; Hyun-Seop** (Seoul, **KR**), **Hwang; Chang-Hwan** (Seongnam-si, **KR**)
Assignee: **Samsung Electronics Co., Ltd. (KR)**
Appl. No.: **D/362,476**
Filed: **May 26, 2010**

<u>LAW OFFICE B:</u>
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road
Suite 100 East
Falls Church, Virginia 22042-1248
Inventors: **Lee; Sun Min** (Gyeonggi-do, **KR**), **Joung; Joung Young** (Seoul, **KR**)
Assignee: **LG Electronics Inc.** (Seoul, **KR**)
Appl. No.: **D/375,437**
Filed: **September 22, 2010**

<u>LAW OFFICE C:</u>
Ladas & Parry LLP
224 South Michigan Avenue
Chicago, IL 60604
Inventors: **Park; Sangsik** (Seoul, **KR**), **Lee; Min Hyouk** (Seoul, **KR**)
Assignee: **Samsung Electronics Co., Ltd.** (Suwon-Si, **KR**)
Appl. No.: **D/383,274**
Filed: **January 14, 2011**

**- PAGE 2 OF 2 -**            **PATENT LAW-FIRMS AS DEFENDANTS IN LITIGATION**

LAW OFFICE D:
Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Avenue
19th Floor,
Cleveland, OH 44115
Inventors: **Sadatsuki; Koichi** (Tokyo, JP)
Assignee: **Sony Ericsson Mobile Communications AB** (Lund, SE)
Appl. No.: **D/378,639**
Filed:        **November 8, 2010**

**) BE SEPARATED AND SENT TO VERIZON:**



**Requirements for Submission of Unsolicited
Offers and Suggestions**

## AGREEMENT TO RECEIVE UNSOLICITED IDEAS AND RELATED MATERIALS

I am ☐ (check box) the originator, OR ☐ (check box) the duly authorized agent of the originator of the idea concerning _____
_____ referred to in my communication
dated _____. I have read and understood the "Verizon Requirements for Submission of Unsolicited Offers and Suggestions" pamphlet (to which this form was appended). In consideration of Verizon agreeing to receive materials describing the idea referred to above, I agree to the terms and conditions set forth below. I further agree that such terms and conditions shall apply to all additional submissions to Verizon related to the idea set forth above and made subsequent to the original material submitted.

1.  Verizon agrees to receive your idea and a reasonable amount of non-duplicative materials describing the idea in the manner directed by Verizon upon your agreement to the terms and conditions of this agreement.

2.  You agree that a submitted idea and any related materials will be received and considered by Verizon only on the understanding that all submissions to Verizon are not in confidence or subject to any restriction, other than those expressly set forth in this agreement; Verizon does not agree that the idea or any related material will be kept confidential, even if your idea or related materials contain confidential or restricted markings. Markings on any submissions indicating confidential treatment or proprietary information shall have.no effect, and Verizon reserves the right to return or destroy materials with such markings. Verizon shall have the ability to share the idea and any submissions with Verizon and non-Verizon personnel.

3.  You agree that Verizon has no obligation to perform any amount of consideration of the idea or related materials once received. Verizon may give an idea such consideration as Verizon believes the idea merits, at its sole discretion.

4.  You agree that Verizon has no obligation to return any material submitted.

5.  You agree that Verizon's receipt or consideration of, or subsequent negotiation or offer with respect to, an idea and any submitted materials will be without prejudice to Verizon. This includes, without limitation, Verizon's right to contest the applicability, validity or enforceability of any existing or future intellectual property right associated with the idea or any submitted materials. Furthermore, and also without limitation, you agree that Verizon's receipt or consideration of, or negotiation or offer on, an idea or any submitted materials shall not be deemed an admission of the patentability, the

copyrightability or other protectability of the idea or any submitted materials, or of priority or originality of the idea or any submitted materials on the part of the submitter or any other person.

6.  You agree that, In the event that no agreement is concluded related to your idea or any submitted materials, you shall rely solely upon any rights you may have or obtain under applicable patent laws as to such idea and the submitted materials.

7.  You represent and warrant that you are the originator/owner of the idea and related materials submitted to Verizon and the owner of all intellectual property rights, if any, in or based on the idea and related materials. Except for the foregoing warranty, Verizon agrees that, unless the subject of a later agreement, you are providing the idea and any submitted materials with no other warranties of any kind.

8.  In consideration of Verizon's agreement to receive your idea and related materials under the terms and conditions specified herein, you hereby grant to Verizon a non-exclusive, worldwide, perpetual license under the intellectual property rights (if any) held by you, now or in the future, in such ideas and submitted materials, for Verizon to exploit such in any manner, now known or later developed, for its own use or the use of others, through one or more layers of sublicensees, provided that the foregoing license will not include any rights or licenses under any patent rights you have or may obtain in the idea.

9.  This agreement is the entire agreement related to your idea and submissions, and supersedes any previous agreement or understanding you may have had with Verizon. The terms and conditions of this agreement may only be altered by a subsequent writing executed by both you and Verizon. This agreement shall be interpreted according to the laws of the United States of America and the State of New York, as if all parties resided and all actions occurred within these jurisdictions.

_____
Printed name of submitter

_____
Signature of submitter

Date: _____

Address of submitter: _____

_____

email: _____

| |
|---|
| If you are an attorney or agent of the originator, attach proof of authority. |
| To be signed by parent or legal guardian of the originator in the case of a minor: |
| _____ |
| Relationship (circle): Mother/Father/Legal Guardian |
| Date: _____ |

**Send this agreement, completed and executed, to: Strategic Planning (Ideas) – VC54N042, Verizon Communications, One Verizon Way, Basking Ridge, New Jersey 07920, U.S.A.**

- 4 -

© 2009-2010 Verizon. All rights reserved.

**Verify that all of your Illinois Business Authorization information is correct.**

✓ **If not**, contact us immediately.

✓ **If yes**, cut along the dotted line (fits a standard 5 x 7" frame). Your authorization must be visibly displayed at the address listed. ***Do not discard*** - your Illinois Business Authorization is an important tax document that provides you the authorization to legally do business in Illinois.



RECEIVED
OCT 2 9 2010
By

---

# Illinois Business Authorization

TIMOTHY HOELLER

DBA: DQR TESTING - DQR SERVICES

618A N HOUGH ST
BARRINGTON IL 60010-3174

Loc. Code: ▓▓▓▓-001
**Barrington (Lake)**
**Lake County**

## Certificate of Registration

**Expiration date:**

10/▓▓/2015

Sales and use taxes and fees

Director
DEPARTMENT OF REVENUE
**Issued Date: 10/27/2010**

---

IDOR-50-A (N-01/07)
IL-492-4163

P-000064

*Dynamic, Quality & Reliability Services* - **Development**



April 19 2010

Timothy L Hoeller M S ASQ Senior Member
President Design Problem Solving, and Test Analysis
618 N Hough St , Suite A
Barrington, IL 60010

Dear Tim

Thank you for your inquiry and feedback which has been forwarded to me for response
We sincerely appreciate your support of Apple and your interest in Apple's success.
But, we are not interested in your proposal. Apple has a stated company policy of not
accepting or considering outside submissions for any purpose, due in part to the large
volume of mail received This policy can be found at
http //www apple com/legal/policies/ideas html

However, there are some ways you might be able to work with Apple

If you'd like to build products that would interoperate with our iPod Touch, iPhone, or
iPad, we have a licensing program called the Made for iPod Program (of which the
Works with iPhone program is a part) Licensees under this program get access to
some of our technology and interfaces that will enable the licensees to build products
that interoperate with third party products You can email the made for iPod Program
office at madeforipod@apple com for more info

You should also check out our Apple Developer connection web page located at
http //developer apple com/

We offer an SDK that enables developers to write applications that will run on the
iPhone, iPad and iPod Touch See http //developer apple com/iphone/program/ for
more info

With this letter, we also are returning the materials you sent us

Thank you for your interest in Apple We wish you the best of luck!

Regards,

Chi Chang

Apple Inc

Encl

CONFIDENTIAL

**Re: NEW TECHNOLOGIES OF NON-METALLIC HOUSINGS PARTNERSHIP OFFER**
**\*\*\*Issue of Crosstalk and Signal Interference in Apple Wireless Communication Products**

**VIA CERTIFICATE OF MAILING DATED JULY 16, 2010**

*Dynamic, Quality & Reliability Services* - **Software Development**

## Supplier Notes on Apple Computer, Inc

Last update April 21, 2010 (Orig. April 21, 2009)

April 21, 2010 - Yesterday, Apple Computer released development issues about the I-Phone to the media and heard over the radio. A new I-Phone was not to be released until June, XXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX. The I-Phone was leaked out with the supposed problems today on April 21, 2010. The price of Apple Computers stock was reported to have gone up $14 per share.

Complaints of mine have been reported to the Federal Trade Commission that the practice be eliminated immediately as an advertising technique.

--------------------------------------------------------------------------------------------------------------------

Nov. 15, 2010 -  *Intentionally Redacted*

Vers. A    Copyright 2010, All Rights Reserved    Orig. April 21, 2010, Last Update Nov. 15, 2010,
Redacted on June 21, 2011

**Dynamic, Quality & Reliability Services – Legal Technical Information**

**Releases affecting Telecommunications, Software and Services, & Security***





ISSUE:

PRODUCT RELEASES IN NEWSPAPERS CONTRIBUTE TO ISSUES OF COPY-RIGHTS and/or PATENT VIOLATIONS

NEXT TECHNICAL RELEASE OR PLAN IS DUE 2011, Q1 BY MOTOROLA

CAUTION:

MEDIA TO BACK-OFF ON PRODUCT RELEASES AND APPLICATIONS, UNTIL SORTING OF DEVELOPERS RIGHTS ARE IN ORDER. SEE NOTE BELOW!!!

NOTE: "Best" Practices are news about technical aspects from Consumer / Product Trade magazines and Plans / Uses from Consumer Trade Shows to avoid misrep - resentations and problems bordering on copyright and patent infringement(s).

*Source: XXXXXXXXXXXXXXXXXXXXX     Orig. Nov. 13, 2010 (media redacted)

Copyright 2010, Timothy L. Hoeller, All Rights Reserved
Available as a Special News Reporter