# United States District Court
## Northern District of Illinois
### Eastern Division

Timothy L. Hoeller              **JUDGMENT IN A CIVIL CASE**

      v.                              Case Number: 11 C 4219

Ladas & Parry LLP, et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed with prejudice for failure to state a claim. Plaintiff's motion to proceed in forma pauperis is denied as moot.

Michael W. Dobbins, Clerk of Court

Date: 7/5/2011

/s/ Wanda A. Parker, Deputy Clerk